# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARLINA NANNETT MARTINEZ, <br><br> Defendant. | CR 21-25-GF-BMM <br><br><br><br> ORDER |

The United States has requested that the Court unseal the arrest warrant for defendant Marlina Nannett Martinez in order for the information to be used in a wanted poster and press release and monetary reward.  The United States makes this request in an attempt to locate and apprehend the defendant on an indictment.

Therefore, for good cause shown, IT IS ORDERED that the arrest warrant for defendant Marlina Nannett Martinez issued on April 8, 2021, is UNSEALED and the United States is authorized to engage in limited pretrial publicity to issue a

//

//

//

//

1

press release, a wanted poster, and a reward, all seeking information leading to the arrest of the defendant.

DATED this 9th day of June 2021.

_____
Brian Morris, Chief District Judge
United States District Court